IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THEO ILUNGI MAMBULA,

                           Plaintiff,

   v.

MISSING AND EXPLOITED CHILDREN (AGENCY),

                          Defendant.

ORDER

17-cv-966-jdp

---

Plaintiff Theo Ilungi Mambula, a Madison resident, filed this lawsuit naming "Missing and Exploited Children (Agency)" as the defendant. I dismissed Mambula's complaint under Federal Rule of Civil Procedure 8 because I could not tell what entity he intended to sue or how defendant harmed him. Dkt. 4.

Mambula responded by filing a letter providing more information, Dkt. 5, but I concluded that it was still unclear whether this court has jurisdiction over his claims, Dkt. 6. Mambula alleged that a Dane County agency or someone who worked for it harmed his reputation by incorrectly communicating to others that he is a sex offender. At most he stated a claim for defamation, which is a state-law claim that this federal court cannot hear unless the requirements for the court's diversity jurisdiction are met. I gave Mambula a final chance to amend his complaint to explain whether those requirements are met, in particular his citizenship and the amount in controversy. *Id.*

Now Mambula has responded, explaining that he is a United States citizen. *See* Dkt. 7, at 3. But coupled with his earlier allegation that he is a Wisconsin citizen, Dkt. 1, at 1, his newest supplement shows that the court does not have diversity jurisdiction here, because both

Mambula and the defendant agency are citizens of the same state. So I must dismiss the case.

If Mambula wishes to continue on with his lawsuit, he will have to file it in state court.

ORDER

IT IS ORDERED that this case is DISMISSED for lack of subject-matter jurisdiction.

The clerk of court is directed to enter judgment for defendant and close the case.

Entered October 10, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge