IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THEO ILUNGI MAMBULA,

    Plaintiff,

v.

MISSING AND EXPLOITED CHILDREN
(AGENCY),

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-966-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject-matter jurisdiction.

/s/                                                    10/10/2018

Peter Oppeneer, Clerk of Court                   Date